**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1390**

_____

In Re:  RICHARD HAMLETT,

                                                        Debtor.

_____

RICHARD HAMLETT,

                                        Plaintiff - Appellant,

            versus

EVELYN K. KRIPPENDORF, Trustee,

                                        Trustee - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-02-60-7, BK-98-2653-7-RKR, AP-00-146-7)

_____

Submitted:  September 30, 2002        Decided:  October 10, 2002

_____

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gary M. Bowman, Roanoke, Virginia, for Appellant.  Evelyn K. Krippendorf, THE KRIPPENDORF FIRM, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Hamlett appeals the district court's order affirming the bankruptcy court's order denying Hamlett's motion to reconsider a prior order denying his request to file a late notice of appeal. Our review of the record, the parties' briefs, and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hamlett v. Krippendorf, No. CA-02-60-7 (E.D. Va. Mar. 21, 2002); No. BK-98-2653-7-RKR (Bankr. W.D. Va. Dec. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2